371 A.2d 857
Commonwealth v. Jack, Appellant.

Submitted April 12, 1976. R. Charles Thomas, for appellant; Donald E. Lewis, Assistant District Attorney, and Paul D. Shafer, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 857
Commonwealth v. Jacobson, Appellant.

Submitted April 12, 1976. Patrick T. Kiniry, Assistant Public Defender, for appellant; D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.